UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON PARKER,

    Plaintiff

v.                                                Case No. 2:17-cv-372-WJ-GBW

BAKER HUGHES INCORPORATED
LONG TERM DISABILITY PLAN,
METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendants.

## **STIPULATED ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER comes before the Court upon a Stipulated Motion to Dismiss, filed by Plaintiff with concurrence from Defendants.

IT IS THEREFORE ORDERED the Stipulated Motion to Dismiss is GRANTED, and this action is DISMISSED WITH PREJUDICE, and the parties shall bear their own, respective costs, expenses, and attorney fees.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Justin S. Raines
Justin S. Raines
Tabor & Byers, L.L.P.
PO Box 1718
Carlsbad, NM 88220
justin@taborbyers.com
Attorneys for Plaintiff

Approved:

(Via email February 25, 2019)
Holland & Hart LLP
6380 S. Fiddler's Green Circle
Suite 500
Greenwood Village, CO 80111